**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
STETSON REAL ESTATE LLC,

                    Plaintiff,

   -against-

SENTINEL INSURANCE COMPANY, LTD,
*et al.*,

                    Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

20 Civ. 8902 (KMK)(JCM)

The Court will hold a Telephone Conference on April 22, 2021 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  February 12, 2021
           White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge