Charles Michael
212 378 7604
cmichael@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

**MEMO ENDORSED**

September 13, 2021

<u>By ECF</u>

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Stetson Real Estate LLC v. Sentinel Ins. Co., Ltd. et al.*, 20 Civ. 8902

Dear Judge Karas:

    We write on behalf of both parties in the above case to respectfully request, as the Court's Courtroom Deputy suggested via email, that the status conference currently scheduled for tomorrow be adjourned to after the close of discovery on December 3, 2021.

Respectfully,

/s/ Charles Michael

Charles Michael

cc:   All Counsel of Record (via ECF)

Granted. The Court will hold a status conference on January 6, 2022 at 11:00 AM via telephone

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/14/2021