UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STETSON REAL ESTATE LLC,

                    Plaintiff,

v.

SENTINEL INSURANCE COMPANY, LTD.,

                    Defendant.

No. 20-CV-8902 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the Conference held October 27, 2021, the Court adopted the following schedule:

    Defendant shall submit its Motion for Judgment on the Pleadings by no later than November 17, 2021.  Plaintiff's Opposition shall be due by no later than December 21, 2021.  Defendants shall submit their Reply by no later than January 5, 2022.  Discovery shall be stayed until 30 days after January 5, 2022.

    The Parties are reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    October 27, 2021
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE