**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
STETSON REAL ESTATE LLC,

                   Plaintiff,

      -against-                                  20 **CIVIL** 8902 (KMK)

                                                     **<u>JUDGMENT</u>**

SENTINEL INSURANCE COMPANY, LTD.,

                   Defendant.

--------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated July 5, 2022, Defendant's Motion is granted, and

Plaintiff's Amended Complaint is therefore dismissed with prejudice. See Denny v. Barber, 576

F.2d 465, 471 (2d Cir. 1978) (holding that the plaintiff was not entitled to "a third go-around");

cf. Melvin v. County of Westchester, No. 14-CV-2995, 2016 WL 1254394, at *24 n.19

(S.D.N.Y. Mar. 29, 2016) (granting motion to dismiss with prejudice where "[the] [p]laintiff has

already had two bites at the apple, and they have proven fruitless" (alteration and quotation

marks omitted)); accordingly, the case is closed.

**Dated:**  New York, New York

       July 6, 2022

                                                  **RUBY J. KRAJICK**
                                      _____
                                         **Clerk of Court**
               **BY:**       *K. Mango*
                                      _____
                                         **Deputy Clerk**